# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

FREDDIE LAMONT FAIRCHILD                                           PLAINTIFF
SO #254262

v.                                    4:22CV01280-JTK

RYAN CRANCER, et al.                                              DEFENDANTS

## JUDGMENT

Based on the Order entered this date, Plaintiff Freddie Lamont Fairchild's claims are dismissed without prejudice. The Court certifies that an in forma pauperis appeal of this Judgment and the underlying Order would not be taken in good faith.

Dated this 11th day of July, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE